# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**NICHOLAS R. MAGILL,**

    Plaintiff,

    v.

**WELLS FARGO BANK, N.A.,**

    Defendant.

CASE NO. 4:21-cv-01877 YGR

**JUDGMENT**

The Court, having granted defendant's motion to compel arbitration, and having dismissed the action with prejudice in lieu of staying the action pending arbitration, hereby orders, adjudges, and decrees that, in compliance with the Court's prior Orders, all claims asserted by plaintiff in this action are dismissed with prejudice. Each party is to bear its own costs of the action. The Clerk of Court shall enter this judgment and close the matter.

**IT IS SO ORDERED.**

Dated: June 25, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**